UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                No. 1:10-CR-36

   vs.                               Hon. Paul L. Maloney
                                    Chief United States District Judge

AMANDA RENEE BURNS,

        Defendant.
_____/

## ORDER OF FORFEITURE FOR A MONEY JUDGMENT

Pursuant to the Plea Agreement filed on March 11, 2010, Defendant entered a guilty plea on March 12, 2010 to the offense alleged in the Felony Information. Pursuant to the Plea Agreement, Defendant agreed to forfeit to the United States all right, title and interest in a money judgment of $950,000 United States currency, which sum represents proceeds obtained, directly or indirectly, as a result of the offense charged in the Felony Information. Defendant also agreed "to the entry of an order of forfeiture at or before sentencing with respect to the .... money judgment."

WHEREAS, the United States has filed a Motion for an Order of Forfeiture for a Money Judgment requesting the imposition of a money judgment against Defendant in the amount of $950,000 United States currency;

WHEREAS, based on the Plea Agreement, this Court finds that $950,000 in United States currency is a sum equal to the proceeds obtained, directly or indirectly, as a result of the offenses charged the Felony Information; and

WHEREAS, Federal Rule of Criminal Procedure 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Burns shall forfeit to the United States the sum of $950,000 pursuant to Title 18, United States Code, Sections 982(a)(2).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office.

SO ORDERED.

Dated:  April 2 , 2010       /s/ Paul L. Maloney
                                                          PAUL L. MALONEY
                                                          Chief United States District Judge